UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-MJ-317 DDN |
| ) | |
| CODY STEVEN RUSH, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S MOTION FOR** ███████████████████
███████████████████████████████████████████████

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and moves the Court to order a psychiatric or psychological examination of the Defendant ███████████████████████████
███████████████████████████████████████████████
███████████

As and for its grounds, the Government states as follows:

1. Defendant is charged with making interstate threatening communications in violation of 18 U.S.C. §§ 875(c) and 844(e).

2. As alleged in the complaint affidavit, on November 5, 2021, Defendant made a telephone call to the Operations Center of the St. Louis Field Office for the Federal Bureau of Investigation in which he indicated that he intended to blow up the Central Reform Congregation when the building opened "tomorrow," and further

        indicated that he "hates Jews" and intended to "slash their throats," and "if I have to, I'll blow them up."

3. In a subsequent telephone call placed by Defendant to the Operations Center, Defendant indicated that he had a number of medical conditions, including post-traumatic stress disorder, schizoaffective disorder, major depression, and social anxiety disorder.

4. St. Louis Metropolitan Police Department officers responded to 5076 Waterman Boulevard, St. Louis, Missouri, where Defendant was located.  Officers spoke with Defendant, who indicated that he was feeling both suicidal and homicidal. Officers then transported Defendant to Barnes Jewish Hospital.

5. On November 5, 2021, after Defendant was admitted to Barnes Jewish Hospital Psychiatric Care.

6. On November 9, 2021, Defendant was released from Barnes Jewish Hospital.

7. Prior to his hospitalization on November 5, 2021, Defendant was residing at ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. Further, Defendant's ████████████████████████████████ ████████████████████████████████████████ On November 3, 2016,

2

      Defendant was found Not Guilty by Reason of Insanity of Hate Crimes in violation of 720 ILCS 5/12-7.1.

9.     Therefore, the Government believes ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

WHEREFORE, the Government requests that this Court enter an order that a psychiatric or psychological examination of the Defendant be conducted prior to the hearing and that a psychiatric or psychological report be filed with the Court, pursuant to 18 U.S.C. § 4241(a) and (b) and 18 U.S.C. § 4247(b) and (c).

                                                      Respectfully submitted,

                                                      SAYLER A. FLEMING
                                                    UNITED STATES ATTORNEY

                                                    */s/ Matthew T. Drake*
                                                    Matthew T. Drake – 46499MO
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Thomas F. Eagleton Courthouse
                                                    111 South Tenth Street, 20th Floor
                                                    St. Louis, Missouri 63102
                                                    (314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that on November _____, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                     SAYLER A. FLEMING
                                     UNITED STATES ATTORNEY

                                     */s/ Matthew T. Drake*
                                     Matthew T. Drake – 46499MO
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Thomas F. Eagleton Courthouse
                                     111 South Tenth Street, 20th Floor
                                     St. Louis, Missouri 63102
                                     (314) 539-2200